UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOLARCITY CORPORATION, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>SEABOARD SOLAR OPERATIONS, LLC, )<br>STUART LONGMAN, and DOES 1 and 2, )<br>)<br>Defendants. )<br>------------------------------------------------------------<br>SEABOARD SOLAR OPERATIONS, LLC, )<br>STUART LONGMAN, MATTHEW LONGMAN )<br>)<br>Counterclaim Plaintiffs )<br>vs. )<br>)<br>SOLARCITY CORPORATION )<br>)<br>Counterclaim Defendant ) | Civil Action No. 1:15-13406-RGS |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereto have entered into a written settlement agreement (the "Settlement Agreement") and hereby consent to a dismissal of:

(a) All claims in the First Amended Complaint without prejudice as set forth in the Settlement Agreement; and

(b) All counterclaims with prejudice.

Said dismissals shall be without costs.

Respectfully,

| | |
|---|---|
| **SOLARCITY CORPORATION,** | **SEABOARD SOLAR OPERATIONS, LLC, MATTHEW LONGMAN and STUART LONGMAN,** |
| By its attorneys, | By their attorneys, |
| /s/ Andrew C. Phelan | /s/ Stephen E. Spelman |
| Andrew C. Phelan (# 643160) | Stephen E. Spelman, Esq. BBO No. 632089 |
| Elizabeth M. Sartori (# 672577) | **EGAN, FLANAGAN AND COHEN, P.C.** |
| **MORGAN, LEWIS & BOCKIUS LLP** | 67 Market Street |
| One Federal Street | P.O. Box 9035 |
| Boston, Massachusetts 02110 | Springfield, MA 01102-9035 |
| (617) 951-8000 | (413) 737-0260 |
| andrew.phelan@morganlewis.com | ses@efclaw.com |
| elizabeth.sartori@morganlewis.com | |

-and-

/s/ Mark Stern
Mark Stern, Esq. [Admitted pro hac vice]
**MARK STERN & ASSOCIATES, L.L.C.**
16 River Street
P.O. Box 2129
Norwalk, CT 06852-2129
(203) 853-2222
mark@msternlaw.com